# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00417-CV

**James Construction Group, LLC, Appellant**

**v.**

**Ola Pennington, Individually and as Representative of the Estate of Markeith Stokes, Deceased; Markeith Pleasant; Micha Pleasant; Malik Pleasant; Malcolm Stokes; and Andrew Stokes, Appellees**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 292,807-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant James Construction Group, LLC has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed: September 2, 2021